**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 7, 2012.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

### NO. 14-11-00885-CR

## DANIEL GARCIA ESCALANTE, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1303094**

## MEMORANDUM OPINION

A written request to withdraw the notice of appeal, personally signed by appellant, has been filed with this Court. *See* Tex. R. App. P. 42.2. Because this court has not issued an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the Clerk of the court to issue the mandate of the court immediately.


PER CURIAM


Panel consists of Justices Boyce, Christopher and Jamison.
Do not publish — Tex. R. App. P. 47.2(b).